**NAGEL RICE, LLP**
103 Eisenhower Parkway
Roseland, NJ 07068
973-618-0400
Attorneys for Plaintiffs

| | |
|---|---|
| GILBERT NOBLE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Georgia Corporation,<br><br>Defendants. | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>:<br>: 2:08-cv-3658-SDW-MCA<br>:<br>:<br>:<br>: Civil Action<br>:<br>:<br>:<br>: **CONSENT ORDER**<br>:<br>: |

THIS MATTER having come before the Court by way of joint proposal by the parties, and Defendant having filed a motion to dismiss the Amended Class Action Complaint, and Plaintiffs' opposition papers are currently due on September 21, 2009, and plaintiff would like an extension to file opposition papers, and the parties have agreed on a briefing schedule with regard to Defendant's motion to dismiss, and for other good cause shown;

IT IS on this ____ day of October, 2009;

ORDERED THAT:

1. Plaintiffs' opposition papers to Defendant's motion to dismiss the Amended Class Action Complaint shall be filed no later than October 5, 2009. Reply papers shall be filed no later than October 26, 2009.